ANDREA T. MARTINEZ, United States Attorney (9313)
AMANDA A. BERNDT, Assistant United States Attorney (15370)
JEFFREY E. NELSON, Assistant United States Attorney (2386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
amanda.berndt@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| LUDOVIC MICHAUD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **UNITED STATES' DESIGNATION OF EXPERT WITNESSES** <br><br> Case No. 2:21-cv-00722-BSJ <br><br> Judge Bruce S. Jenkins |

Based on the information currently available, the United States identifies the following as expert witnesses that the United States may call to testify at trial:

**RETAINED EXPERT WITNESSES**

1. Laura Malowane, PhD
   Secretariat Economists
   2121 K Street NW
   Suite 1100
   Washington, DC 20037

Dr. Malowane is a retained economist. She may be called to rebut the testimony of Plaintiffs' retained economist and to testify as to the calculation of economic damages.

2. Merrill A. Cohen, MC, CDMS, CRC, CCM, CLCP
    Strategic Consulting Services
    15 S. Grady Way, Suite 115
    Renton, Washington 98057

Ms. Cohen is a retained vocational expert. She may be called to rebut the testimony of Plaintiffs' retained vocational expert and to testify as to the potential earning capacity of the decedent.

3. Mark H. Warner
    Collision Safety Engineering
    416 South Commerce Drive
    Orem, Utah 84058

Mr. Warner is a retained expert in the area of accident reconstruction and may be called to rebut the testimony of Plaintiffs' accident reconstructionist.

## NON-RETAINED EXPERT WITNESSES

The United States cross-designates Karen DeKruger and Emmanuelle Vaux-Lacrois as non-retained experts and incorporates Plaintiffs' disclosures as to each herein. Docket No. 54.

Respectfully submitted this 14th day of April, 2022.

ANDREA T. MARTINEZ
United States Attorney

*/s/ Amanda A. Berndt*
AMANDA A. BERNDT
Assistant United States Attorney