# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Bruce S. Jenkins

COURT REPORTER: Becky Janke
COURTROOM DEPUTY: Kim Forsgren
INTERPRETER: Not Needed

CASE NO. 2:21cv00722

Michaud et al v. USA

Approved By:_____

---

## APPEARANCE OF COUNSEL

Pla      Deborah S. Chang, Colin P. King, Joshua C. Boyce
Dft      Amanda A. Berndt

DATE: 07/27/2022

MATTER SET: Final Pretrial Conference - In person

---

DOCKET ENTRY:

> Counsel are present. Ms. Chang is present by zoom. Discussion heard on the proposed pretrial order. The parties shall submit an amended proposed pretrial order nlt 9/9/2022. A continued final pretrial conference will be set after the proposed amended pretrial order is received by this court. 5 Day Bench Trial is set for 12/5/2022, at 10:00 a.m. Ms. Chang is to prepare and submit a proposed order within 7 days.

---