# United States District Court

### District of Utah, Central Division

Ludovic Michaud, Christine Namagembe,
and John Bosco Kateregga,

                  Plaintiffs,           **JUDGMENT IN A CIVIL CASE**

                  v.

United States of America,           Case Number: 2:21-CV-722-BSJ

                  Defendant.

IT IS ORDERED AND ADJUDGED

that judgment is entered against Defendant United States of America and in favor of: Plaintiff Ludovic Michaud in the amount of $9,500,000; Plaintiff Christine Namagembe in the amount of $700,000; and Plaintiff John Bosco Kateregga in the amount of $350,000.

Dated: January 27, 2023.           By the Court:

                                                  Bruce S. Jenkins
                                                  United States District Judge