TRINA A. HIGGINS, United States Attorney (7349)
AMANDA A. BERNDT, Assistant United States Attorney (15370)
JEFFREY E. NELSON, Assistant United States Attorney (2386)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
(801) 524-5682
amanda.berndt@usdoj.gov

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| LUDOVIC MICHAUD, CHRISTINE NAMAGEMBE, and JOHN BOSCO KATEREGGA, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | **NOTICE OF APPEAL** <br><br> Case No. 2:21-cv-00722-BSJ <br><br> Judge Bruce S. Jenkins |

Notice is hereby given that the United States of America, defendant in the above-entitled action, hereby appeals to the Tenth Circuit Court of Appeals from the Findings of Fact and Order and from the Judgment entered by the District Court on January 30, 2023.

Dated this 28th day of March, 2023.

TRINA A. HIGGINS
United States Attorney

*/s/ Amanda A. Berndt*
AMANDA A. BERNDT
Assistant United States Attorney

*Counsel for Defendant*
