FILED
United States Court of Appeals
Tenth Circuit

May 9, 2023

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| LUDOVIC MICHAUD; CHRISTINE NAMAGEMBE; JOHN BOSCO KATEREGGA, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant - Appellant. | No. 23-4039 <br> (D.C. No. 2:21-CV-00722-BSJ) <br> (D. Utah) |

_____

### ORDER
_____

This matter is before the court on Appellant's *Motion to Dismiss Appeal*. Upon consideration, the motion is granted. Each party will bear its own costs. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk